**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

IN RE PETITION OF GUILLERMO LUIS
TOFONI FOR JUDICIAL ASSISTANCE
PURSUANT TO 28 U.S.C. § 1782

Case No. 1:25-cv-01217-RGA

**DECLARATION OF MELISSA N. DONIMIRSKI IN SUPPORT OF**
**MOTION TO RE-OPEN CASE AND FOR**
**AUTHORIZATION TO ISSUE ADDITIONAL SUBPOENAS**

I, Melissa N. Donimirski, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a shareholder of the law firm of Stevens & Lee PC and am counsel to the Petitioner Guillermo Luis Tofoni in this action.

2. On October 10, 2025, pursuant to this Court's October 10, 2025, Order (D.I. 6) (the "Order") granting Mr. Tofoni's Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (D.I. 1) (the "Petition"), I directed service of subpoenas (the "First Set of Subpoenas") on Bank of America, N.A. ("Bank of America"), Citibank, N.A. ("Citibank"), and JPMorgan Chase Bank, N.A. ("JPMorgan Chase") (collectively the "Original Respondents").[1] Service of the First Set of Subpoenas was completed and the Original Respondents produced responsive documents.

3. The Memorandum of Law in support of the Petition (D.I. 3 at 6) the ("Memorandum of Law") explains that information regarding several companies and their financial transactions—including Tourprodenter LLC ("Tourprodenter"), Wintec Enterprise LLC ("Wintec"), Global FC LLC ("Global FC"), the Argentine Football Association, and Prosport Live LLC (collectively "the Companies")—is relevant to the foreign proceeding on which the Petition

---

[1] Service was initially made on the parent companies of Citibank and JPMorgan Chase. The parent companies in turn instructed that I send the subpoenas to the entities that held the relevant accounts.

was based. The Memorandum of Law further specified that, according to the information that Petitioner had at the time, Tourprodenter had an account with Citibank, Wintec had an account with Bank of America, and Global FC had an account with JPMorgan Chase. Because Petitioner believed that the Companies might have additional accounts of which he was then unaware, the Subpoenas requested from each of the Original Respondents information about all of the Companies.

4. The Original Respondents' productions confirmed that the Companies did in fact have multiple accounts not known to Petitioner at the time the Petition was filed. Some of these accounts were held by the Original Respondents and included in their productions, and others were held by other financial institutions, specifically: PNC Bank, N.A. ("PNC Bank"); First-Citizens Bank & Trust Company ("First Citizens Bank"); Wells Fargo Bank, N.A. ("Wells Fargo Bank"); The Bank of New York Mellon; and City National Bank (collectively the "Additional Respondents"). Petitioner now seeks authorization to issue subpoenas to the Additional Respondents, for the reasons I explain below.

5. On October 22, 2025, I received a document production from Bank of America. Bank of America produced statements for a Tourprodenter account ending in 0839.

6. The statements for Tourprodenter's 0839 account reflect wire transfers to or from other accounts held by Tourprodenter at PNC Bank, First Citizens Bank, Wells Fargo Bank, and The Bank of New York Mellon. Though the account statements reflect multiple transfers between these same accounts, I highlight only a few examples here and include images of the relevant transactions. True and correct copies of the statements that I reference below are attached hereto as Exhibit 1.

7.   The statement dated April 1, 2024 to April 30, 2024 reflects a transfer on April 25, 2024, of ████████ to beneficiary ("BNF") "Tourprodenter" at beneficiary bank ("BNF BK") "First Citizens Bank":

| 04/25/24 | WIRE TYPE:WIRE OUT DATE:240425 TIME:1415 ET ████████████ ████ |
| | BNF:TOURPRODENTER ████████ BNF BK:FIRST CIT IZENS BANK AND |

8.   The statement dated June 1, 2024 to June 30, 2024 reflects a transfer on June 28, 2024, of ██████ to beneficiary ("BNF") "Tourprodenter LLC" at beneficiary bank ("BNF BK") "PNC Bank, N.A."  The description reflects a "transfer to [Tourprodenter's] own business account" (cleaned up):

| 06/28/24 | WIRE TYPE:WIRE OUT DATE:240628 TIME:1602 ET ████████████ ████ |
| | BNF:TOURPRODENTER LLC ████████ BNF BK:PNC BAN K, NATIONAL ASSO |
| | PO P Other TRANSFER TO MY OWN BUSINE//SS ACCOUNT |

9.   The statement dated December 1, 2024 to December 31, 2024 reflects a transfer on December 27, 2024, of ██████ to beneficiary ("BNF") "Tourprodenter LLC" at beneficiary bank ("BNF BK") "Wells Fargo Bank, NA.":

| 12/27/24 | WIRE TYPE:WIRE OUT DATE:241227 TIME:1300 ET ████ ████ |
| | BNF:TOURPRODENTER LLC ████ BNF |
| | BK:WELLS F ARGO BANK, NA ████ |
| | ████ |

10.   The statement dated January 1, 2025 to January 31, 2025  reflects an incoming transfer on January 28, 2025, of ████ from originator ("ORIG") "Tourprodenter LLC" at sending bank ("SND BK") The Bank of New York Mellon:

01/28/25     WIRE TYPE:WIRE IN DATE: 250128 TIME:1829 ET

ORIG:TOURPRODENTER LLC SND BK:THE BANK
OF NEW YORK  MELLON

11.     On October 22, 2025, I received a document production from Citibank. Citibank's production included a spreadsheet of wire transaction data that was generated based on keyword searches for the names of the Companies and their known account numbers.  The formatting of the spreadsheet does not allow for its inclusion as an exhibit to my Declaration, but I can provide it to the Court in electronic format at the Court's request.

12.     The spreadsheet reflects a ▮▮▮▮▮ wire transfer to beneficiary ("BENE_NAME") "Global FC" at beneficiary bank ("BENEBANK_NAME") City National Bank on August 9, 2024 ("INSTR_DT"). It appears that Citibank acted as an intermediary in this transaction which originated from an unknown entity ▮▮▮▮▮ with an account at Bank of Georgia. The relevant rows and columns from the spreadsheet read as follows:

| NAME_OR_ ACCT_ SEARCHED | INSTR_DT | TRN_ AMT | ORIG_NAM | ORIGBANK_ NAME | BENEBANK_ NAME | BENE_ NAME |
| --- | --- | --- | --- | --- | --- | --- |
| GLOBAL FC LLC | 20240809 | ▮ | ▮ | BANK OF GEORGIA | CITY NATIONAL BANK | 1/GLOBAL FC LLC |

13.     On November 12, 2025, I received a document production from JPMorgan Chase. That production included account statements for an account held by Global FC ending in 0387. A true and correct copy of the statement that I reference below is attached hereto as Exhibit 2.

14.     The account statement dated May 1, 2024 to May 31, 2024 reflects a wire transfer on May 7, 2024, of ▮▮▮ to beneficiary ("Bnf") "Global fc LLC Own Account" made "Via" an account at "First Citz Raleigh," which I understand to refer to First Citizens Bank:

| 05/07 | 05/07 Online Domestic Wire Transfer Via: First Citz Raleigh ███ Naples FL US Ben: Global Fc LLC Houston TX 77005 US Ref:/Bnf/Global Fc LLC Own Account/Time/08:02 Imad: ███ |

15. Based on these transactions reflecting additional accounts owned by the Companies, Petitioner seeks to issue subpoenas to the Additional Respondents seeking documents related to these and any other relevant accounts (the "Second Set of Subpoenas").

16. Each of the Additional Respondents is "found in" Delaware for purposes of 28 U.S.C. § 1782. First-Citizens Bank & Trust Company is a subsidiary of First Citizens Bancshares, Inc., which is incorporated in this District. According to a Form 10-K filing by First Citizens Bancshares, Inc. dated February 21, 2025, First-Citizens Bank & Trust Company is First Citizens Bancshares, Inc.'s banking subsidiary. A true and correct copy of an excerpt from the Form 10-K is attached hereto as Exhibit 3. Attached hereto as Exhibit 4 is a true and correct copy of a record maintained by the Delaware State Department of State Division of Corporations reflecting that First Citizens Bancshares, Inc. is a Delaware corporation.

17. PNC Bank is chartered and located in this District. Attached hereto as Exhibit 5 is a true and correct copy of a record maintained by the Federal Deposit Insurance Corporation reflecting that, as of January 16, 2026, PNC Bank's corporate headquarters is located in Wilmington, Delaware. According to a Form 10-K filing by PNC Financial Services Group, Inc. dated February 21, 2025, PNC Bank is PNC Financial Services Group, Inc.'s banking subsidiary, and is a "national bank chartered and located in Wilmington, Delaware." A true and correct copy of an excerpt from the Form 10-K is attached hereto as Exhibit 6. Attached hereto as Exhibit 7 is a true and correct copy of a record maintained by the Office of the Comptroller of the Currency (OCC) reflecting that PNC Bank's corporate address is 222 Delaware Avenue, Wilmington, DE 19899.

18. Wells Fargo Bank is a subsidiary of Wells Fargo & Company, which is incorporated in this District. According to a Form 10-K filing by Wells Fargo & Company dated February 25, 2025, "at December 31, 2024, Wells Fargo Bank, N.A. was the Company's principal subsidiary." A true and correct copy of an excerpt from the Form 10-K is attached hereto as Exhibit 8. Attached hereto as Exhibit 9 is a true and correct copy of a record maintained by the Delaware State Department of State Division of Corporations reflecting that Wells Fargo & Company is a Delaware corporation.

19. The Bank of New York Mellon is a subsidiary of The Bank of New York Mellon Corporation, which is incorporated in this District. According to a Form 10-K filing by The Bank of New York Mellon Corporation dated February 27, 2025, The Bank of New York Mellon is one of its "two principal U.S. banking subsidiaries." A true and correct copy of an excerpt from the Form 10-K is attached hereto as Exhibit 10. Attached hereto as Exhibit 11 is a true and correct copy of a record maintained by the Delaware State Department of State Division of Corporations reflecting that The Bank of New York Mellon Corporation is a Delaware corporation.

20. City National Bank is a subsidiary of RBC US Group Holdings, LLC, which is incorporated in this District. Attached hereto as Exhibit 12 is a true and correct copy of an excerpt from the Royal Bank of Canada's Annual Report for the year of 2025, which lists City National Bank as a subsidiary of RBC US Group Holdings LLC. Attached hereto as Exhibit 13 is a true and correct copy of a record maintained by the Delaware State Department of State Division of Corporations reflecting that RBC US Group Holdings, LLC is a Delaware corporation.

21. Attached hereto as Exhibit 14 are proposed subpoenas to be directed to First Citizens Bancshares, Inc., PNC Bank, Wells Fargo & Company, The Bank of New York Mellon Corporation, and RBC US Group Holdings LLC if this Motion is granted.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 20th day of January 2026.

_____
Melissa N. Donimirski