## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE PETITION OF GUILLERMO LUIS
TOFONI FOR JUDICIAL ASSISTANCE
PURSUANT TO 28 U.S.C. § 1782

Case No. 1:25-cv-01217-RGA

### [PROPOSED] ORDER GRANTING TOURPRODENTER LLC'S
### EXPEDITED MOTION TO INTERVENE

The Court, having considered Tourprodenter, LLC's Expedited Motion to Intervene and

Incorporated Memorandum of Law (the "Motion"), and for good cause shown, it is **HEREBY**

**ORDERED** this _____ day of _____ 2026 that:

    1.    The Motion is **GRANTED**.

_____
RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

4899-1899-8680