# Stevens & Lee

919 North Market Street
Suite 1300
Wilmington, DE 19801
302-654-5180
www.stevenslee.com

T: (302) 425-2608
F: (610) 988-0838
melissa.donimirski@stevenslee.com

March 25, 2026

**VIA CM/ECF**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:    *In re: Application of Guillermo Luis Tofoni for Judicial Assistance*
          C.A. No. 1:25-cv-01217-RGA

Dear Judge Andrews:

I write on behalf of petitioner Guillermo L. Tofoni ("Tofoni") in response to Tourprodenter, LLC's ("Tourprodenter") Motion to Intervene (the "Motion") (D.I. 18) and the Court's Order in connection therewith (D.I. 19).

As an initial matter, Tofoni has consistently taken the position that he does not oppose Tourprodenter's intervention in this matter. Tourprodenter omits from its description of the interactions between the parties that, following an initial meet and confer, the undersigned provided a markup of the Motion, to which Tofoni was willing to stipulate, that removed statements that Tofoni believed were without foundation, but did not change the relief sought.[1] In response, Tourprodenter stated that there was no agreement between the parties and it filed the instant Motion. Tourprodenter also did not at any time confer with the undersigned regarding its request for an expedited briefing schedule or its Motion to Quash.

While Tofoni still does not oppose intervention by Tourprodenter, or the entry of a reasonable confidentiality order, the Motion continues to misrepresent certain key points, the Motion to Quash the subpoenas is legally and factually unsupported, and the proposed confidentiality order is overly broad and seeks to restrain Tofoni from the proper use of documents obtained under 28 USC § 1782.

---

[1] Counsel for Tofoni also indicated that Tofoni is willing to enter into a reasonable confidentiality order, and provided a markup of Tourprodenter's proposed confidentiality order. Again, Tourprodenter simply responded that the parties did not agree, and filed its motion.

PENNSYLVANIA    |    NEW JERSEY    |    DELAWARE    |    NEW YORK    |    RHODE ISLAND    |    FLORIDA

A PROFESSIONAL CORPORATION

SL1 4048259v2 122623.00001

Stevens & Lee

The Honorable Richard G. Andrews
March 25, 2026
Page 2


There is also no basis for expedited briefing of the motions, since Tourprodenter knew three months ago, if not before, that its bank records had been subpoenaed and used.  It now seeks expedited relief to undo actions that were taken during its delay.

While Tofoni is prepared to respond to the Motion to Quash in a timely fashion, he necessarily must obtain at least one sworn declaration relating to the actions pending in Argentina and does not believe that he will be able to reasonably do so on the timeframe set forth by the Court.  The use of the documents to date cannot be undone, whether on an expedited basis or not, and Tofoni understands that, in the interim, the documents may only be used in the pending legal proceedings in Argentina.

Accordingly, pursuant to the foregoing, Tofoni respectfully requests an additional six days to file his opposition to the Motion to Quash.

Counsel are available should the Court have any questions.

Respectfully,

*/s/ Melissa N. Donimirski*

Melissa N. Donimirski (# 4701)


MND:rmch

cc: Gregory E. Stuhlman, Esq. (via CM/ECF)

SL1 4048259v2 122623.00001