# Stevens & Lee

919 North Market Street
Suite 1300
Wilmington, DE 19801
302-654-5180
www.stevenslee.com

T: (302) 425-2608
F: (610) 988-0838
melissa.donimirski@stevenslee.com

April 21, 2026

**VIA CM/ECF**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:     *In re: Application of Guillermo Luis Tofoni for Judicial Assistance*
      C.A. No. 1:25-cv-01217-RGA

Dear Judge Andrews:

My firm is counsel to petitioner Guillermo Luis Tofoni ("Tofoni" or "Petitioner"). I write on behalf of Petitioner to advise the Court respecting a related matter in the District Court for the Middle District of Georgia in which Tofoni requested the issuance of a nearly identical subpoena pursuant to 28 USC § 1782 (the "Georgia Matter") on the same grounds as those set forth before this Court in the Petition (D.I. 1). In connection with the Georgia Matter, a subpoena was issued to Synovus Bank, which is resident in that District.

As in this matter, Tourprodenter, LLC ("Tourprodenter") moved to intervene and, subsequently on March 25, 2026, filed a Motion for Protective Order (the "Georgia Motion.")[1] Because the issues in the Georgia Motion and the currently pending Motion to Quash Subpoenas and for Protective Order (the "Delaware Motion") are substantially similar, Petitioner wanted to bring the parallel proceeding to the Court's attention.

The briefing on the Georgia Motion has been proceeding on nearly the same track as the Delaware Motion. The Georgia Motion is attached hereto as Exhibit 1. Tofoni's Response to the Georgia Motion is attached hereto as Exhibit 2. Tourprodenter's Reply is attached hereto as Exhibit 3. Following the filing of the Reply in the Georgia Matter, Tofoni requested permission to file a Surreply (Exhibit 4), which was granted yesterday, April 20, 2026. The Order is attached hereto as Exhibit 5.

---

[1] Tourprodenter did not seek to quash the subpoena in the Georgia Matter because the sole subpoena sought was no longer outstanding.

# Stevens & Lee

The Honorable Richard G. Andrews
April 21, 2026
Page 2

Today, Tourprodenter filed an opposition to Tofoni's motion for leave to file surreply, to which Tofoni intends to respond tomorrow, April 22, 2026.

Counsel are available should the Court have any questions.

Respectfully,

*/s/ Melissa N. Donimirski*

Melissa N. Donimirski (# 4701)

MND:rmch

cc: Gregory E. Stuhlman, Esq. (via CM/ECF)